# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:13-cr-00012-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TIMOTHY LEROY RATTLER. ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's *pro se* appeal of the Order of Detention [Doc. 69] entered on August 19, 2013. [Doc. 71].

The Defendant is currently represented by counsel. [See Doc. 21]. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H). Accordingly, the Defendant's *pro se* appeal of the Order of Detention is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal of the Order of Detention [Doc. 71] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 28, 2013

Martin Reidinger
United States District Judge