# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## CRIMINAL CASE NO. 2:13-cr-00012-MR-DLH-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| TIMOTHY LEROY RATTLER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 124].

Upon careful consideration of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 124] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Timothy Leroy Rattler.

**IT IS SO ORDERED.**  Signed: December 2, 2013

Martin Reidinger
United States District Judge